UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHELIA K. SMITH

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 09-19-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 1, 2010 (doc. no. 14).

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the decision of the Commissioner denying benefits is AFFIRMED and the claimant's complaint is DISMISSED.

Baton Rouge, Louisiana, this 6th day of April, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE