UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHELIA K. SMITH

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY

CIVIL ACTION

NO. 09-19-JJB-DLD

### JUDGMENT

For written reasons assigned and filed herein:

IT IS ORDERED the decision of the Commissioner denying benefits is AFFIRMED and the claimant's complaint is DISMISSED.

Baton Rouge, Louisiana, this 6th day of April, 2010.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE